**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Joseph C Spero<br>Chief U.S. Magistrate Judge | **RE:** | **CIBRIAN, Melissa** |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | **3:21-mj-70137-MAG-2** |
| **Date:** | August 2, 2021 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Sheri Broussard | 415-436-7511 |
|---|---|
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____   Presiding  District Court Judge _____

☐  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐  Modification(s)

   A. _____

   B. _____

☐  Bail Revoked/Bench Warrant Issued.

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☒  Other Instructions:

These violations will be addressed at the Bond Hearing already set for 8/3/2021 at 10:30 AM before Chief Magistrate Judge Spero. Zoom Webinar ID: 161 926 0804. Passcode: 050855.

_____          August 2, 2021_____
**JUDICIAL**                                                           **DATE**