STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

EVAN M. MATEER (CABN 326848)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    FAX: (415) 436-7234
    Evan.Mateer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-MJ-70137-MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE RE: ARRAIGNMENT AND PRELIMINARY EXAMINATION AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND RULE 5.1 |
| v. | |
| MELISSA CIBRIAN, | |
| Defendant. | |

    The parties to the above-captioned matter hereby stipulate and respectfully request that Status Conference to set Preliminary Hearing or Arraignment currently scheduled for September 22, 2021, at 10:30 a.m., be continued to October 22, 2021, at 10:30 a.m.  The parties request this continuance for the parties to continue with ongoing plea negotiations and to ensure continuity of defense counsel, who has personal scheduling conflicts on September 22.

    The parties agree and jointly request that the time between September 22 and October 22 should be excluded in order to provide reasonable time necessary for the continuity and effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Federal Rule of Criminal Procedure Rule 5.1(d). The parties agree that the ends of justice are served by granting the continuance and outweigh the best

interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**                    STEPHANIE M. HINDS
                                            Acting United States Attorney


Dated: September 10, 2021            /s/ *Evan M. Mateer*
                                     EVAN M. MATEER
                                     Special Assistant United States Attorney


Dated: September 10, 2021            /s/ *Harris Taback*
                                     HARRIS TABACK
                                     Counsel for Defendant MELISSA CIBRIAN


### [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Status Conference to set Arraignment and Preliminary Examination in the above-captioned matter is continued to October 22, 2021, at 10:30 a.m. The Court hereby FINDS that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and Federal Rule of Criminal Procedure 5.1(d), an exclusion of time is warranted. Based on these findings, IT IS HEREBY ORDERED THAT the Status Conference to Set Arraignment and Preliminary Examination is continued until October 22, 2021, at 10:30 a.m., and time is excluded between September 22, 2021 and October 22, 2021.

**IT IS SO ORDERED.**


Dated:                                      HON. SALLIE KIM
                                            United States Magistrate Judge