**FILED**

Oct 20 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. Melissa Cibrian | **CASE NUMBER:** CR 21-406 WHO |
| **Is This Case Under Seal?** | Yes   No ✔ |
| **Total Number of Defendants:** | 1 ✔   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔   OAK   SJ |
| **Is this a potential high-cost case?** | Yes   No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✔ |
| **Is this a RICO Act gang case?** | Yes   No ✔ |
| **Assigned AUSA (Lead Attorney):** Evan M. Mateer | **Date Submitted:** 10/20/2021 |
| **Comments:** | |

RESET FORM     SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)

| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |

**FILED**

Oct 20 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR21-406 WHO |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: |
| | ) Count 1: 18 U.S.C. § 1344 – Bank Fraud |
| MELISSA CIBRIAN, | ) |
| Defendant. | ) |
| | ) SAN FRANCISCO VENUVE |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE: 18 U.S.C. § 1344 – Bank Fraud

On or about January 27, 2020, in the Northern District of California, the defendant,

MELISSA CIBRIAN,

did knowingly attempt to execute a scheme and artifice to obtain moneys, funds, credits, asset, securities, or other property owned by, or under the custody or control of Bank of America, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises in violation of Title 18, United States Code, Section 1344.

FORFEITURE ALLEGATION: (18 U.S.C. § 924(d), 982(a)(2)(A), and 28 U.S.C. § 2461(c))

The allegations contained in Count One of this Information is re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 924(d),

INFORMATION                                    1

982(a)(2)(A), and Title 28, United States Code, Section 2461(c).

Upon conviction of Count One in this Information, the defendant,

MELISSA CIBRIAN,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as A result of such violation.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to 18 U.S.C. § 924(d), 982(a)(2)(A), and 28 U.S.C. § 2461(c) and Federal Rule of Criminal Procedure 32.2

DATED: October 20, 2021                        STEPHANIE M. HINDS
                                                Acting United States Attorney

                                                */s/ Evan M. Mateer*
                                                EVAN M. MATEER
                                                Special Assistant United States Attorney

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

18 U.S.C. § 1344 - Bank Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Max. prison term: 30 years (18 U.S.C. § 1344)
Max. term of supervised release: 5 years (18 U.S.C. § 3583(b))
Maximum fine: $250,000 (18 U.S.C. § 3571(b)(3))
Special assessment: $100 (18 U.S.C. § 3013)

**DEFENDANT - U.S**
▶ MELISSA CIBRIAN

**DISTRICT COURT NUMBER**
CR21-406 WHO

**FILED**
Oct 20 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**SHOW DOCKET NO.**

**MAGISTRATE CASE NO.**
21-mj-70137

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
   Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

Name and Office of Person Furnishing Information on this form: Stephanie M. Hinds
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Evan M. Mateer

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments: