HARRIS TABACK, SBN 111017
LAW OFFICE OF HARRIS B. TABACK
345 Franklin Street, Suite 102
San Francisco, CA 94102
Telephone: (415) 241-1400
Facsimile: (415) 565-0110
Email: HTaback@earthlink.net

Attorney for Defendant
MELISSA LUCILLE CIBRIAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br><br>MELISSA LUCILLE CIBRIAN,<br><br>　　　　　　　Defendant. | CASE NO. 21-CR-00406-WHO<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS |

　　　　Comes now defendant Melissa Lucille Cibrian, by and through undersigned counsel, who hereby submits this stipulation to modify her pretrial release conditions. On November 19, 2021, this Honorable Court ruled that the electronic monitoring condition of her release would be removed on January 3, 2022, if all parties agreed.

　　　　The government and the United States Pretrial Services Office agree to the modification, and we respectfully request that said condition be removed.

Dated: January 6, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LAW OFFICE OF HARRIS B. TABACK

　　　　　　　　　　　　　　　　　　By: /s/ Harris B. Taback
　　　　　　　　　　　　　　　　　　　　HARRIS B. TABACK
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant MELISSA LUCILLE CIBRIAN

Dated: January 6, 2022                    Respectfully submitted,

                                          UNITED STATES ATTORNEY'S OFFICE

                                          By: /s/Evan Mateer
                                              EVAN MATEER
                                              Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPERING, AND UPON THE PARTIES' STIPULATION, IT IS HEREBY ORDERED that the electronic monitoring requirement of Melissa Lucille Cibrian's pretrial release conditions is hereby removed. All other conditions remain in effect.

Dated: January 7, 2022

                                          _____
                                          THE HONORABLE CHIEF MAGISTRATE JUDGE
                                          JOSEPH C. SPERO