UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** January 27, 2022  **Time:** 15 minutes  **Judge:** WILLIAM H. ORRICK
1:30 p.m. to 1:45 p.m.

**Case No.**: 21-cr-00406-WHO-2  **Case Name:** UNITED STATES v. Cibrian

**Attorney for Plaintiff:** Evan Mateer
**Attorney for Defendant:** Harris Tabak
Defendant **Melissa Lucille Cibrian** – present (by video), on bond

**Deputy Clerk:** Jean Davis  **Reported by:** Ana Dub
**Interpreter:** n/a  **Probation Officer:** n/a

### PROCEEDINGS

Change of Plea hearing conducted via videoconference; a fully executed plea agreement has been submitted to the Court in advance of the hearing. Defendant confirms that she has been advised of her right to appear in person and voluntarily waives that right.

Defendant is sworn and queried as to her background, physical and mental condition, and understanding of the proceedings. She is advised of her rights, the possible consequences of the entry of a guilty plea, and the maximum penalties associated with the offense.

The government provides a brief statement of the elements of the offense and the facts it would be prepared to prove at any trial of this matter. Defense counsel concurs with the statement of elements and confirms that there is a factual basis for the plea.

**Defendant pleads GUILTY to Count One of the Information**. The plea is accepted as knowing, voluntary, and supported by an independent basis in fact. Defendant is adjudicated guilty.

**CASE CONTINUED TO:  April 28, 2022 at 1:30 p.m. for Sentencing**.