**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Joseph C Spero<br>Chief U.S. Magistrate Judge | **RE:** | CIBRIAN, Melissa |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:21-cr-00406-WHO-2 |
| **Date:** | February 14, 2022 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Sheri Broussard | 415-436-7511 |
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing ~~in Courtroom No~~ by Zoom Webinar on Friday, 2/25/2022 at 10:30 AM.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A. Defendant must observe a curfew and remain at his/her residence every day from 10:00 p.m. to 7:00 a.m., except as directed by Pretrial Services.
B. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☒ Other Instructions:
Zoom Webinar ID: 161 926 0804. Passcode: 050855.

_____     February 14, 2022
JUDICIAL OFFICER                                   DATE

(Signed: Judge Joseph C. Spero)